# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LODICO, JOSEPH F  §   Case No. 10-72110
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/27/2010 . The undersigned trustee was appointed on 04/27/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 28,583.18 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 28,583.18 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/17/2010 and the deadline for filing governmental claims was 09/17/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,608.32 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,608.32 , for a total compensation of $ 3,608.32 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/21/2010          By:/s/DANIEL M. DONAHUE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page 1
Exhibit A

Case No: 10-72110    MLB    Judge: MANUEL BARBOSA
Case Name: LODICO, JOSEPH F

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 04/27/10 (f)
341(a) Meeting Date: 06/14/10

For Period Ending: 10/21/10

Claims Bar Date: 09/17/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at: 1224 Clifton Terrace, Roch | 164,000.00 | 58,000.00 | | 28,580.80 | FA |
| 2. Checking account with Alpine Bank | 150.00 | 0.00 | | 0.00 | FA |
| 3. Checking and savings accounts with First National | 0.00 | 0.00 | | 0.00 | FA |
| 4. Misc. household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6. Term policy with Verizon | 1.00 | 0.00 | | 0.00 | FA |
| 7. Pension | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2010 Suburu Imprezza | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 2.38 | | 2.38 | FA |

TOTALS (Excluding Unknown Values)    $187,751.00    $58,002.38    $28,583.18    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | |
|---|---|
| Case No | 10-72110 -MLB |
| Case Name | LODICO, JOSEPH F |
| Taxpayer ID No | *******7837 |
| For Period Ending | 10/21/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1732 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/10 | 1 | TITLE UNDERWRITERS AGENCY | SALE PROCEEDS: REAL ESTATE | 1110-000 | 28,580.80 | | 28,580.80 |
| 06/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 28,581.03 |
| 07/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 28,581.75 |
| 08/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.73 | | 28,582.48 |
| 09/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 28,583.18 |

```
                              COLUMN TOTALS              28,583.18        0.00         28,583.18
                    Less: Bank Transfers/CD's                 0.00        0.00
                          Subtotal                       28,583.18        0.00
                    Less: Payments to Debtors                             0.00
                          Net                            28,583.18        0.00

                                                                          NET         ACCOUNT
                          TOTAL - ALL ACCOUNTS        NET DEPOSITS   DISBURSEMENTS    BALANCE
                          MONEY MARKET - *******1732     28,583.18        0.00        28,583.18
                                                         ----------   ----------    ----------
                                                         28,583.18        0.00        28,583.18
                                                         ==========   ==========    ==========
                                                      (Excludes Account (Excludes Payments Total Funds
                                                          Transfers)     To Debtors)    On Hand
```

Page Subtotals: 28,583.18    0.00

UST Form 101-7-TFR (10/1/2010) (Page: 4)

Ver: 16.00

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 10-72110 | | Page 1 | | Date: October 21, 2010 |
| Debtor Name: LODICO, JOSEPH F | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,882.00 | $0.00 | $1,882.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $30.98 | $0.00 | $30.98 |
| 000001 070 7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $15,708.48 | $0.00 | $15,708.48 |
| 000002 070 7100-00 | Chase Bank USA, N.A<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $982.33 | $0.00 | $982.33 |
| 000003 070 7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $881.21 | $0.00 | $881.21 |
| 000004 070 7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $2,715.80 | $0.00 | $2,715.80 |
| 000005 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Credit One Financial Solutions, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $10,819.92 | $0.00 | $10,819.92 |
| 000006 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $11,703.40 | $0.00 | $11,703.40 |
| | Case Totals: | | | $44,724.12 | $0.00 | $44,724.12 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72110
Case Name: LODICO, JOSEPH F
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                                              $         28,583.18

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,608.32 | $ 0.00 | $ 3,608.32 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,882.00 | $ 0.00 | $ 1,882.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 30.98 | $ 0.00 | $ 30.98 |

Total to be paid for chapter 7 administrative expenses        $         5,521.30

Remaining Balance                                              $        23,061.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,811.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 15,708.48 | $ 0.00 | $ 8,461.98 |
| 000002 | Chase Bank USA, N.A. | $ 982.33 | $ 0.00 | $ 529.17 |
| 000003 | GE Money Bank | $ 881.21 | $ 0.00 | $ 474.70 |
| 000004 | Chase Bank USA,N.A | $ 2,715.80 | $ 0.00 | $ 1,462.97 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 10,819.92 | $ 0.00 | $ 5,828.57 |
| 000006 | Fia Card Services, NA/Bank of America | $ 11,703.40 | $ 0.00 | $ 6,304.49 |

Total to be paid to timely general unsecured creditors     $          23,061.88

Remaining Balance                                          $               0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $1,882.00 | $1,882.00 |
| | *Expenses* | $0.00 | $30.98 | $30.98 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $1,882.00 | $1,882.00 |
| | *Expenses* | $0.00 | $30.98 | $30.98 |
| | | $0.00 | $1,912.98 | $1,912.98 |

**Exhibit G**