UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
LODICO, JOSEPH F                    §      Case No. 10-72110
                                    §
            Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/22/2010 in Courtroom 115,

                United States Courthouse
                211 S. Court St.
                Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue
                                                                Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LODICO, JOSEPH F § Case No. 10-72110
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 28,583.18 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 28,583.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,608.32 | $ 0.00 | $ 3,608.32 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,882.00 | $ 0.00 | $ 1,882.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 30.98 | $ 0.00 | $ 30.98 |

Total to be paid for chapter 7 administrative expenses     $     5,521.30

Remaining Balance     $     23,061.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,811.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 15,708.48 | $ 0.00 | $ 8,461.98 |
| 000002 | Chase Bank USA, N.A. | $ 982.33 | $ 0.00 | $ 529.17 |
| 000003 | GE Money Bank | $ 881.21 | $ 0.00 | $ 474.70 |
| 000004 | Chase Bank USA,N.A | $ 2,715.80 | $ 0.00 | $ 1,462.97 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 10,819.92 | $ 0.00 | $ 5,828.57 |
| 000006 | Fia Card Services, NA/Bank of America | $ 11,703.40 | $ 0.00 | $ 6,304.49 |

Total to be paid to timely general unsecured creditors        $        23,061.88

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                   Date Rcvd: Oct 29, 2010
Case: 10-72110                Form ID: pdf006             Total Noticed: 25

The following entities were noticed by first class mail on Oct 31, 2010.
db           +Joseph F. Lodico,    3930 Sage Drive Apt A,    Rockford, IL 61114-4857
aty          +Brian A Hart,    Brian A Hart Law Offices PC,    1410 N. Main St.,    Rockford, IL 61103-6239
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
15478416      BANK AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
15478417      Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
15478418     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15808790      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15942589     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15478419      Comcast,    PO BOX 3002,    Southeastern, PA 19398-3002
15478420     +Credit One Bank,    P.O. BOX 98872,    Las Vegas, NV 89193-8872
15478421     +Eugene & Linda Hammer,    2S347 Harter Road,    Elburn, IL 60119-9773
15478422     +First National Bank of Rochelle,    340 May Mart Dr.,    PO Box 49,    Rochelle, IL 61068-0049
15478425      HSBC,    1421 Kristina Way,    Chesapeake, VA 23320-8917
15478424     +Harris Bank,    78 N. Chicago St.,    Joliet, IL 60432-4348
16091083     +PYOD LLC its successors and assigns as assignee of,    Credit One Financial Solutions, LLC,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15478429     +ROCHELLE MUNICIPLE UTILITIES,    333 Lincoln Highway,    Rochelle, IL 61068-1684
15478431     +UW Health,    Account Services Department,    P.O. Box 3005,    Milwaukee, WI 53201-3005

The following entities were noticed by electronic transmission on Oct 30, 2010.
16136668      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2010 02:53:26
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
15914920      E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2010 02:59:19     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15478426     +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2010 02:59:19     JC Penny,    P.O. Box 981131,
               El Paso, TX 79998-1131
15478427     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 30 2010 02:53:29     Kohls/Chase,
               N56W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
15478428     +E-mail/Text: bankrup@nicor.com                           NICOR GAS,    PO Box 8350,
               Aurora, IL 60507-8577
15768560      E-mail/PDF: BNCEmails@blinellc.com Oct 30 2010 02:54:58     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
15478430      E-mail/Text: csaathoff@thenb.com                          The National Bank,    PO Box 1030,
               Bettendorf, IA 52722-0018
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15478423*    +First National Bank of Rochelle,    340 May Mart Dr,    PO Box 49,    Rochelle, IL 61068-0049
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 31, 2010**         **Signature:**   *Joseph Speetjens*