## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LODICO, JOSEPH F | § | Case No. 10-72110 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE _____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Rochelle 340 May Mart Dr PO Box 49 Rochelle, IL 61068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Rochelle 340 May Mart Dr. PO Box 49 Rochelle, IL 61068 | | | | | |
| | Harris Bank 78 N. Chicago St. Joliet, IL 60432 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast PO BOX 3002 Southeastern, PA 19398-3002 | | | | | |
| | HSBC 1421 Kristina Way Chesapeake, VA 23320-8917 | | | | | |
| | JC Penny P.O. Box 981131 El Paso, TX 79998 | | | | | |
| | NICOR GAS PO Box 8350 Aurora, IL 60507-8350 | | | | | |
| | ROCHELLE MUNICIPLE UTILITIES 333 Lincoln Highway Rochelle, IL 61068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The National Bank PO Box 1030 Bettendorf, IA 52722-0018 | | | | | |
| | UW Health Account Services Department P.O. Box 3005 Milwaukee, WI 53201 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA,N.A | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000003 | GE MONEY BANK | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 10-72110    MLB    Judge: MANUEL BARBOSA |
| Case Name: | LODICO, JOSEPH F |
| For Period Ending: | 02/12/11 |

| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 04/27/10 (f) |
| 341(a) Meeting Date: | 06/14/10 |
| Claims Bar Date: | 09/17/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at: 1224 Clifton Terrace, Roch | 164,000.00 | 58,000.00 | | 28,580.80 | FA |
| 2. Checking account with Alpine Bank | 150.00 | 0.00 | | 0.00 | FA |
| 3. Checking and savings accounts with First National | 0.00 | 0.00 | | 0.00 | FA |
| 4. Misc. household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6. Term policy with Verizon | 1.00 | 0.00 | | 0.00 | FA |
| 7. Pension | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2010 Suburu Imprezza | 20,000.00 | 0.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 2.38 | | 3.76 | FA |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $187,751.00 | $58,002.38 | | $28,584.56 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

Page: 1

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 10-72110  -MLB | |
| Case Name: | LODICO, JOSEPH F | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1732  MONEY MARKET |

| | |
|---|---|
| Taxpayer ID No: | *******7837 |
| For Period Ending: | 02/12/11 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/17/10 | 1 | TITLE UNDERWRITERS AGENCY | SALE PROCEEDS:  REAL ESTATE | 1110-000 | 28,580.80 | | 28,580.80 |
| 06/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 28,581.03 |
| 07/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,581.75 |
| 08/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.73 | | 28,582.48 |
| 09/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,583.18 |
| 10/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,583.90 |
| 11/29/10 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.66 | | 28,584.56 |
| 11/29/10 | | Transfer to Acct #*******3312 | Final Posting Transfer | 9999-000 | | 28,584.56 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 28,584.56 | 28,584.56 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 28,584.56 | |
| Subtotal | 28,584.56 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 28,584.56 | 0.00 | |

Page Subtotals        28,584.56          28,584.56

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Page:   2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-72110 -MLB |
| Case Name: | LODICO, JOSEPH F |
| Taxpayer ID No: | *******7837 |
| For Period Ending: | 02/12/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3312  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/10 | | Transfer from Acct #*******1732 | Transfer In From MMA Account | 9999-000 | 28,584.56 | | 28,584.56 |
| 12/01/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 3,608.32 | 24,976.24 |
| 12/01/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,882.00 | 23,094.24 |
| 12/01/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 30.98 | 23,063.26 |
| 12/01/10 | 000103 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000001, Payment 53.9% | 7100-000 | | 8,462.49 | 14,600.77 |
| 12/01/10 | 000104 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 53.9% | 7100-000 | | 529.20 | 14,071.57 |
| 12/01/10 | 000105 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000003, Payment 53.9% | 7100-000 | | 474.73 | 13,596.84 |
| 12/01/10 | 000106 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000004, Payment 53.9% | 7100-000 | | 1,463.06 | 12,133.78 |
| 12/01/10 | 000107 | PYOD LLC its successors and assigns as assignee of Credit One Financial Solutions, LLC c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000005, Payment 53.9% | 7100-000 | | 5,828.92 | 6,304.86 |
| 12/01/10 | 000108 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 | Claim 000006, Payment 53.9% | 7100-000 | | 6,304.86 | 0.00 |
| | | | Page Subtotals | | 28,584.56 | 28,584.56 | |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 16.01c

FORM 2                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

Case No:        10-72110  -MLB                    Trustee Name:        DANIEL M. DONAHUE
Case Name:      LODICO, JOSEPH F                  Bank Name:           BANK OF AMERICA, N.A.
                                                  Account Number / CD #:   *******3312  GENERAL CHECKING

Taxpayer ID No: *******7837
For Period Ending: 02/12/11                       Blanket Bond (per case limit):   $ 1,500,000.00
                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8809 | | | | | |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 28,584.56 | 28,584.56 | 0.00 |
| Less:  Bank Transfers/CD's | | 28,584.56 | 0.00 | |
| Subtotal | | 0.00 | 28,584.56 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 28,584.56 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******1732 | 28,584.56 | 0.00 | 0.00 |
| GENERAL CHECKING - ********3312 | 0.00 | 28,584.56 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 28,584.56 | 28,584.56 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                                            Page Subtotals        0.00             0.00

                                                                             Ver: 16.01c